| | |
|---|---|
| 1 | **BLUMENTHAL, NORDREHAUG & BHOWMIK** |
| 2 | Norman B. Blumenthal (State Bar #068687) |
|   | Kyle R. Nordrehaug (State Bar #205975) |
| 3 | Aparajit Bhowmik (State Bar #248066) |
|   | 2255 Calle Clara |
| 4 | La Jolla, CA 92037 |
|   | Telephone: (858)551-1223 |
| 5 | Facsimile: (858) 551-1232 |
|   | Firm Website: http://www.bamlawca.com |
| 6 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOPKINS, an individual on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES,<br><br>Defendant. | Case No. **SACV 13-0103 AG(RNBx)**<br><br>**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Courtroom: 10D<br>Judge: Hon. Andrew J. Guilford<br><br>Complaint filed: November 21, 2012 |

Plaintiff/Appellant Michael Hopkins, on behalf of himself and all those similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action by the District Court for the Southern District of California on May 31 2013 [Doc. No. 34] and all interlocutory orders that gave rise to that judgment. A true and correct copy of the final order dismissing the case entered on May 31, 2013 at Docket No. 34 is attached hereto as Exhibit #1.

Plaintiff/Appellant Michael Hopkins is not aware of any related cases that are currently pending in this Court. Attached hereto as Exhibit #2 is a Representation Statement for Plaintiff/Appellant Michael Hopkins.

Dated: June 25, 2013     BLUMENTHAL, NORDREHAUG & BHOWMIK

By: */s/ Norman B. Blumenthal*
Norman B. Blumenthal, Esq.
2255 Calle Clara
La Jolla, CA 92037
(858) 551-1223
Fax: (858) 551-1232
Email: Norm@bamlawca.com

Attorney for Plaintiff / Appellant

## CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On June 25, 2013, I hereby certify the following document(s):

**(1) NOTICE OF APPEAL**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 25, 2013 at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ Norman B. Blumenthal*
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

---

PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
U.S.D.C. Case No. 13-0103

## **EXHIBIT #1**

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 13-0103 AG (RNBx) | Date | May 31, 2013 |
|---|---|---|---|
| Title | MICHAEL HOPKINS v. BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES | | |

`

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   **[IN CHAMBERS] ORDER GRANTING MOTION TO COMPEL ARBITRATION**

Plaintiff Michael Hopkins ("Plaintiff") has brought a purported class action against Defendant BCI Coca-Cola Bottling Company of Los Angeles ("Defendant") for various labor code violations. (First Am. Compl. ("FAC"), Dkt. No. 1, at 1.)

Plaintiff worked for Defendant at its San Diego branch from October 2006 until September 2012. (FAC, ¶ 4.) At all relevant times, Plaintiff was classified as a salaried employee exempt from overtime pay and related benefits. (*Id.*) Before starting employment, Plaintiff signed an arbitration agreement (the "Agreement") with Defendant. (Sims Decl., Exhibit A, Dkt. No. 14-6, at 2.)

Defendant has filed a Motion to Compel Arbitration ("Motion") requesting that the Court compel Plaintiff's individual claims to arbitration and either dismiss or stay this litigation. (Motion, Dkt. No. 14, at 1.) The Court issued a tentative order granting the Motion but declined to enter a final order at the time because several related cases were pending, including the en banc ruling in *Kilgore v. KeyBank Nat'l Ass'n*, 697 F.3d 1191 (9th Cir.

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0103 AG (RNBx) | Date | June 4, 2013 |
|---|---|---|---|
| Title | MICHAEL HOPKINS v. BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES | | |

2012).  The Ninth Circuit has now made its en banc ruling in *Kilgore,* and that ruling has not provided the anticipated relevant guidance.  The Court is mindful of the possibility of receiving little further guidance on these issues and is unwilling to continue waiting on other courts to address them.  The Court finds that the interest of justice counsels against further delay.

The Court also finds that the agreement to arbitrate is valid and encompasses this dispute. *See Cox v. Ocean View Hotel Corp.*, 533 F.3d 1114, 1119 (9th Cir. 2008).

Setting aside important policy considerations, such as whether it is desirable for courts to be required to enforce injunctions drafted by arbitrators, the Court GRANTS the Motion. The Court DISMISSES the case.  *See Sparling v. Hoffman Const. Co., Inc.*, 864 F.2d 635, 638 (9th Cir. 1988).

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |

**EXHIBIT #2**

| | |
|---|---|
| 1 | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| 2 | Norman B. Blumenthal (State Bar #068687)<br>Kyle R. Nordrehaug (State Bar #205975) |
| 3 | Aparajit Bhowmik (State Bar #248066)<br>2255 Calle Clara |
| 4 | La Jolla, CA 92037<br>Telephone: (858)551-1223 |
| 5 | Facsimile: (858) 551-1232<br>Firmsite: www.bamlawca.com |
| 6 | Attorneys for Plaintiff / Appellant |

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| MICHAEL HOPKINS, an individual on behalf of himself, and on behalf of all persons similarly situated, | Case No. _____ |
| Plaintiff / Appellant, | **REPRESENTATION STATEMENT** |
| vs. | D.C. # **SACV 13-0103 AG(RNBx)** |
| BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, | |
| Defendant / Appellee. | |

    The undersigned represents Plaintiff / Appellant Michael Hopkins, on behalf of himself and all those similarly situated, appellant in this matter and no other party. Listed below is a service list that shows all of them parties to the action below, and

1

REPRESENTATION STATEMENT

identifies their counsel by name, firm, address, and telephone number, where appropriate (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Dated: June 25, 2013                    BLUMENTHAL, NORDREHAUG & BHOWMIK

By: */s/ Norman B. Blumenthal*
Norman B. Blumenthal, Esq.
2255 Calle Clara
La Jolla, CA 92037
(858) 551-1223
Fax: (858) 551-1232
Email: Norm@bamlawca.com

**SERVICE LIST:**

Jennifer Robinson, Bar No. 203080
jenrobinson@littler.com
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone:  615.383.3033
Fax No.:    615.383.3323

Lena K. Sims, Bar No. 212904
lsims@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101
Telephone:  619.232.0441
Fax No.:    619.232.4302

*Attorneys for Defendant / Appellee BCI Coca-Cola Bottling Company of Los Angeles*

Norman B. Blumenthal, Esq. (SB #068687)
Kyle R. Nordrehaug, Esq.  (SB #205975)
**BLUMENTHAL, NORDREHAUG & BHOWMIK**
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
E-mail: Norm@bamlawca.com

*Attorneys for Plaintiff/Appellant Michael Hopkins*

---

2
REPRESENTATION STATEMENT