| | |
|---|---|
| 1 | LENA K. SIMS, Bar No. 212904 |
| 2 | LAUREN K. WOON, Bar No. 273208<br>LITTLER MENDELSON |
| 3 | 501 W. Broadway, Suite 900<br>San Diego, CA 92101.3577 |
| 4 | Telephone: 619.232.0441<br>Facsimile: 619.232.4302 |
| 5 | Email: lsims@littler.com |
| 6 | Attorneys for Defendant<br>BCI COCA-COLA BOTTLING COMPANY OF |
| 7 | LOS ANGELES |

Norman B. Blumenthal State Bar No. 068687
norm@bamlaw.com
Kyle R. Nordrehaug State Bar No. 205975
kyle@bamlaw.com
Aparajit Bhowmik State Bar No. 248066
aj@bamlaw.com
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA 92037
Telephone:   (858) 551-1223
Facsimile:   (858) 551-1232

Attorneys For Plaintiff
MICHAEL HOPKINS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOPKINS, an individual on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES,<br><br>Defendant. | Case No.  SACV 13-0103 AG (RNBx)<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>HON. ANDREW J. GUILFORD<br><br> Trial Date:  Not Set<br>Complaint Filed:  November 21, 2012 |

1
JOINT STIPULATION FOR DISMISSAL

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiff Michael Hopkins ("Plaintiff") and Defendant BCI Coca-Cola Bottling Company of Los Angeles ("Defendant"), through their attorneys of record and subject to Court approval, to the following:

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to dismissal with prejudice of Plaintiff's individual claims only and a dismissal without prejudice as to the (a) class claims and (b) representative claims asserted under the California Private Attorney General Act of 2004. Except as otherwise provided by the parties' Settlement Agreement, all parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: 7-25, 2016

_____
LENA SIMS
LITTLER MENDELSON, P.C.
Attorneys for Defendant

Dated: July 7, 2016

_____
KYLE NORDREHAUG
BLUMENTHAL, NORDREHAUG & BHOWMIK
Attorneys for Plaintiff